### 38054. LAWSON v. THE STATE.

TOWNSEND, Judge. A waiver of the right to be heard on the question of whether the bill of exceptions is correct and complete under Code (Ann.) § 6-908.1 prior to certification by the trial judge does not dispense with service or acknowledgment of service of the bill of exceptions after certification under Code (Ann.) § 6-911, and compliance with the latter section is essential to give this court jurisdiction. *Barbaree v. Coffin*, 212 *Ga.* 370 (92 S. E. 2d 860). There being no service, waiver or acknowledgement of service of the bill of exceptions in this case, the writ of error must be

*Dismissed. Gardner, P. J., and Carlisle, J., concur.*

DECIDED JANUARY 21, 1960.

*Hugh D. Wright,* for plaintiff in error.
*Jack Short, Solicitor-General pro hac vice,* contra.